# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139028

DENNIS LALONE and DIANNE LALONE,
Co-Conservators of the Estate of Brandon
LaLone,
        Plaintiffs-Appellants,

v

RIEDSTRA DAIRY LTD., RT ENGINEERING
LTD. f/k/a ROTA-TECH DAIRY SHEDS
INTERNATIONAL LTD., RT INTERNATIONAL
LTD. f/k/a ROTA-TECH DAIRY SHEDS
INTERNATIONAL LTD., RT INSTALLATIONS
LTD., and DeLAVAL, INC.,
        Defendants-Appellees.

SC: 139028
COA: 290415
St Joseph CC: 07-000914-NH

_____/

     On order of the Court, the application for leave to appeal the May 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk